AUSA KKD

FILED
APR 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: '08 MJ 8355 |
| vs. | COMPLAINT FOR VIOLATION OF |
| Leopoldo ROCHA Jr. Defendant. | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

On or about April 25, 2008, within the Southern District of California, defendant Leopoldo ROCHA Jr. did knowingly and intentionally import approximately 45.02 kilograms (99.04 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Timothy L. Henderson
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 28th DAY OF APRIL, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Leopoldo ROCHA Jr.

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Timothy Henderson.

On April 25, 2008, Leopoldo ROCHA Jr. made entry into the United States from Mexico through the Calexico, California West Port of Entry. ROCHA was the driver of a Ford passenger car.

Customs and Border Protection Officer (CBPO) E. Stewart was working a primary lane at the Port of Entry when ROCHA made entry into the United States. CBPO Stewart received a negative Customs declaration from ROCHA. CBPO Stewart referred ROCHA to the secondary lot for further inspection.

In secondary, CBPO J. VanArsdall received a negative Customs declaration from ROCHA. A search of the Ford resulted in the discovery of trunk compartment containing 40 packages of a green leafy substance. CBPO VanArsdall obtained a positive field-test for marijuana from a sample of the substance. The combined weight of the packages was 45.02 kilograms (99.04 pounds).

Special Agent (S/A) Timothy Henderson interviewed ROCHA and read ROCHA his constitutional rights per Miranda, in English. ROCHA orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

ROCHA stated that he believed that marijuana would be within the Ford. ROCHA stated that he would be paid to drive the Ford to Los Angeles.

Executed on 04/25/2008 at 15:10 hours.

Timothy L. Henderson, Special Agent
U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of three (3) pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on April 25, 2008, in violation of Title 21 United States Code, Section(s) 952 & 960

_______________ Date 4-26-08
United States Magistrate Judge @ noon