FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LEOPOLDO ROCHA JR., Defendant. | Criminal Case No. 08CR1687-BEN<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about April 25, 2008, within the Southern District of California, defendant LEOPOLDO ROCHA JR., did knowingly and intentionally import approximately 45.02 kilograms (99.04 pounds) of Marijuana (gross weight), a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 22, 2008.

KAREN P. HEWITT
United States Attorney

[signature]

CALEB E. MASON
Assistant U.S. Attorney

CEM:es:Imperial
5/22/08