AO 455(Rev. 5/85) Waiver of Indictment

FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

LEOPOLDO ROCHA JR.

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1687-BEN

I, LEOPOLDO ROCHA JR., the above named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/22/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
Judicial Officer