# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

KENNETH O. YOUNG
Chief Probation Officer

101 West Broadway
Suite 700
San Diego, CA 92101-7991
(619) 557-6650

FILED
2008 JUL 22 AM 11:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

July 11, 2008

The Honorable Roger T. Benitez
U.S. District Judge
Southern District of California
San Diego, California

Re: ROCHA, Leopoldo Jr.
Dkt. No. 08CR01687-001-BEN
**Request for Continuance**

Dear Judge Benitez:

This correspondence is submitted to the Court to request that the presentence report in the above related case be filed outside the time constraints of General Order 350, or sentencing be continued to October 6, at 9:00 a.m.

On June 4, 2008, this defendant appeared in magistrate court and plead guilty to importation of marijuana. At that time, sentencing was scheduled for August 25, 2008, at 9:00 a.m.

Defense counsel has been out of the district for several weeks and unavailable for an interview. The interview will be scheduled upon his return and the probation officer is requesting additional time to prepare a presentence report for this U.S. citizen.

In view of the aforementioned information, it is requested that sentencing be continued until October 6, 2008, to allow adequate time for a complete presentence investigation. If the court is not inclined to grant a continuance, it is requested that the time frame required by local rule 430 of General Order 350 be waived. The Assistant United States Attorney and defense counsel have been advised of the request for continuance and have no objection. Additionally, the undersigned officer spoke with Your Honor's court clerk, who verified court would be in session on the date requested.

If you have any questions, or need additional information, please contact this officer at (619) 557-6660.

Respectfully submitted,

KENNETH O. YOUNG
CHIEF PROBATION OFFICER

By: Jennifer Gaston

Jennifer L. Gaston
United States Probation Officer

Reviewed by: Laura Bates
Laura Bates
Asst. Deputy Chief U.S. Probation Officer

cc: AUSA: Sabrina Feve
Defense Counsel: Joseph Mark McMullen
enc.: Order of Continuance (2 copies)

COURT ACTION DESIRED:

__✓__ 1. Agree, continue sentencing to October 6, 2008, at 9:00 a.m.

_______ 2. Disagree, sentencing of this case will remain on August 25, 2008. Probation officer to prepare a presentence report without the defendant's input.

_______ 3. Presentence report to be filed outside the time constraints of General Order 350 and the undersigned officer will continue to attempt to interview the defendant. Sentencing will remain on August 25, 2008 at 9:00 a.m.

_______ 4. Other. ________________________________________________

________________________________________________

________________________________________________

[signature]
The Honorable Roger T. Benitez
U.S. District Judge

7/19/08
Date