FILED
2008 JUL 22 AM 11:07
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ________ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
LEOPOLDO ROCHA JR.,
Defendant.

CASE NO. 08CR01687-001-BEN

O R D E R

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for August 25, 2008 is vacated and reset to October 6, 2008 at 9:00.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 7/19/08

Roger T. Benitez
U.S. District Judge

cc: all counsel of record

/jlg